UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 00-22 |
| SPENCER JOHNSON | SECTION "F" |

ORDER

Spencer Johnson has filed a Motion to Run Concurrent State Parole Violation Sentence with Federal Sentence. In order for the Court to determine the action, if any, to be taken on this application,

IT IS ORDERED: that the Clerk of Court serve a copy of the application and this Order on the United States Attorney for the Eastern District of Louisiana;

IT IS FURTHER ORDERED: that the United States Attorney for the Eastern District of Louisiana file with this Court, on or before April 24, 2006, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, March 16, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE