FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -7  PM 3: 25

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-022 |
| v. | * | SECTION: "F" |
| SPENCER JOHNSON | * | |

\* \* \*

### GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO EXTEND TIME TO RESPOND TO PETITIONER'S MOTION TO RUN CONCURRENT STATE PAROLE VIOLATION SENTENCE WITH FEDERAL SENTENCE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect requests an extension of time to file its response to Spencer Johnson's Motion to Run Concurrent State Parole Violation Sentence with Federal Sentence for the reasons set forth below.

This proceeding has recently been reassigned to undersigned counsel for the government who needs additional time to review the record and prepare an adequate response for the government.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

**WHEREFORE**, for the aforementioned reasons, the government hereby requests an extension of time until May 24, 2006, to file its response to Spencer Johnson's Motion to Run Concurrent State Parole Violation Sentence with Federal Sentence.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
CAROL L. MICHEL, Bar #14226
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, LA  70130
Telephone: (504) 680-3095

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon *pro se* petitioner by mailing same to him, properly addressed and postage prepaid, this 7th day of April, 2004.

_____
Assistant United States Attorney