FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 12 AM 7:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-022 |
| v. | * | SECTION: "F" |
| SPENCER JOHNSON | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that the Government's Motion for Extension of Time to respond to Spencer Johnson's Motion to Run Concurrent State Parole Violation Sentence with Federal Sentence is **GRANTED**. The government's response is now due to the court on May 24, 2006.

New Orleans, Louisiana, this 11th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____